JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALILEO SURGERY CENTER, L.P., <br><br> Plaintiff, <br><br> v. <br><br> BLUE CROSS AND BLUE SHIELD OF ILLINOIS, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an independent licensee of the Blue Cross Blue Shield Association, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. CV13-00078 CAS (Ex) <br><br> [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE |

Upon the Stipulation of Dismissal with Prejudice signed by the Parties and for good cause shown, the above-captioned matter is DISMISSED with prejudice in its entirety. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Date: November 27, 2013

*/s/ Christina A. Snyder*
The Hon. Christina A. Snyder
United States District Judge

1

1103645.1